### In the Interest of R.E.P.

No. WD 62857.

Missouri Court of Appeals,
Western District.

April 6, 2004.

Robert Ellis Stephens, Kansas City, for Appellant.

James Emory Herbertson, Juvenile Justice Center, Kansas City, for Respondent.

Before LISA WHITE HARDWICK, Presiding Judge, PAUL M. SPINDEN, Judge, and THOMAS H. NEWTON, Judge.

### ORDER

R.E.P., a juvenile, appeals the circuit court's judgment convicting her of robbery in the second degree. We affirm. Rule 30.25(b).